United States District Court
Southern District of Texas

**ENTERED**

June 11, 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA SHELEY HALE | § | |
| vs. | § | C. A. No. H- 4:18-cv-03898 |
| WRIGHT NATIONAL FLOOD | § | |
| INSURANCE COMPANY | § | |

<u>SCHEDULING/DOCKET CONTROL ORDER</u>

Anticipated Length of Trial:  __3__  Days          Jury:_____  Non-Jury: ✓

1.  NEW PARTIES shall be joined by:
    The Attorney causing the addition of new parties will
    provide copies of this Order to new parties.

    July 1, 2019

2.  EXPERT WITNESSES for the PLAINTIFF will be
    identified by a report listing the qualifications of each
    expert, each opinion that the expert will present, and the
    basis for it. DUE DATE:

    August 16, 2019

3.  EXPERT WITNESSES for the DEFENDANT will be
    identified by a report listing the qualifications of each
    expert, each opinion that the expert will present, and the
    basis for it.  DUE DATE:

    September 16, 2019

4.  DISCOVERY must be completed by:
    Written discovery requests are not timely if they are filed
    so close to this deadline that the recipient would not be
    required under the Federal Rules of Civil Procedure to
    respond until after the deadline.

    September 30, 2019

5.  DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
    (except motions *in limine*) will be filed by:

    October 18, 2019
    (Due 90 Days Prior to Trial Date)

6.  JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*
    (The Court will fill in this date)

    January 14, 2020
    (Due Monday one week before trial)

7.  TRIAL will begin at 8:30 a.m. 9:00

    January 21, 2020
    (18 Months from date case is filed)

__6/11/2019__
Date

Keith P. Ellison
United States District Judge

__6/11/2019__
Date

/s/ Shane McClelland
Counsel for Plaintiff(s)

__6/11/2019__
Date

/s/ Alexander S. de Witt
Counsel for Defendant(s)