United States District Court
Southern District of Texas
**ENTERED**
August 26, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SANDRA SHELEY HALE, | § |
| | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:18-CV-3898 |
| | § |
| WRIGHT NATIONAL FLOOD | § |
| INSURANCE COMPANY, | § |
| | § |
| Defendant. | § |

## ORDER

Plaintiff has filed a Notice of Dismissal. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Complaint has been **DISMISSED**. Accordingly, the Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 26th day of August, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE